889 A.2d 1160

**In the Matter of Craig E. PARLES.**

**No. 1060 DISC. 3.**

Supreme Court of Pennsylvania.

Dec. 1, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 1st day of December, 2005, Craig E. Parles having been disbarred by consent from the practice of law in

the State of New Jersey by Order of the Supreme Court of New Jersey dated June 21, 2005; the said Craig E. Parles having been directed on September 8, 2005, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Craig E. Parles is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.